O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE GOZON FRIEND ) | Case No. EDCV 15-977-JGB |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| JAMES G. CARR, ET AL. ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed herewith, the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

Dated: July 17, 2015  _____

Jesus G. Bernal
United States District Judge

1